# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-1368-LPS |
| v. | ) |
| | ) |
| ARIEL PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF ARIAD PHARMACEUTICALS, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), Plaintiff ARIAD Pharmaceuticals, Inc. hereby voluntarily dismisses without prejudice its complaint against Ariel Pharmaceuticals, Inc. ARIAD Pharmaceuticals, Inc. states that this notice has been filed prior to Ariel Pharmaceuticals, Inc. serving an answer or a motion for summary judgment in the above-captioned matter.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul C. Llewellyn
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000

Dated: February 25, 2013
1095878/ 39624

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff*
*ARIAD Pharmaceuticals, Inc.*